UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Lynn Swenson, | Civil No. 05-1675 (RHK/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| Kerry, Inc., a foreign corporation, d/b/a Kerry Specialty Ingredients, | |
| Defendant. | |

---

Pursuant to the Stipulation of Dismissal (Doc. No. 21), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: June 23, 2006

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge